| PROB 22<br>(Rev. 01/24)<br><br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transferring Court)*<br>CR-24-00907-001-TUC-JCH<br>(BGM) |
|---|---|
| | DOCKET NUMBER *(Receiving Court)*<br>2:24-cr-00247-JCM-NJK-1 |

| NAME AND ADDRESS OF<br>PROBATIONER/SUPERVISED RELEASEE<br><br>Kyle Joseph Murphy | DISTRICT<br>District of Arizona | DIVISION<br>4: Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Judge John C Hinderaker<br>United States District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>8/29/2024 | TO<br>8/28/2029 |

OFFENSE
Transportation of Illegal Aliens for Profit, in violation of Title 8, U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(i), a Class C Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Murphy has been approved for transfer of supervision to the District of Nevada. The probation office in the District of Nevada has requested transfer of jurisdiction to allow for any future concerns while on probation to be addressed efficiently by the district wherein Murphy is supervised.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Kyle Joseph Murphy, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 10/22/2024 | Judge John C. Hinderaker |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| October 30, 2024 | |
|---|---|
| Effective Date | United States District Judge |

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Kyle Joseph Murphy

Case No.:  4:24CR00907

**REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION**

October 28, 2024

TO:    The Honorable Judge

On August 29, 2024, Mr. Murphy was sentenced in the District of Arizona to 60 months' probation for having committed the offense of Transportation of Illegal Aliens for Profit. Mr. Murphy commenced supervision in the District of Nevada on August 29, 2024.

Mr. Murphy plans to remain in Las Vegas for the duration of his supervision. On September 6, 2024, Mr. Murphy committed the crimes of Sexual Assault and Robbery in Las Vegas, Nevada. On October 22, 2024, the District of Arizona filed a petition for warrant to revoke probation, which remains active. Due to Mr. Murphy's recent arrest in Las Vegas, Nevada,  it  is recommended the Court accept jurisdiction of this case so the violations outlined in the warrant can be addressed in this district.

Should the Court agree with this request, a signed transfer of jurisdiction form 22 is attached for Your Honor's review and signature.

Respectfully submitted,

Digitally signed by Erica
Denney
Date: 2024.10.29 09:44:02
-07'00'

Erica Hogans
US Probation Officer

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2024.10.28 12:11:48
-07'00'

Amberleigh Barajas
Supervisory United States Probation Officer