RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Kyle Joseph Murphy

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00247-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE** |
| v. | (First Request) |
| KYLE JOSEPH MURPHY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Kyle Joseph Murphy, that the Initial Appearance currently scheduled on February 25, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than five (5) days.

This Stipulation is entered into for the following reasons:

1. Mr. Murphy has been given an employment opportunity from February 25-28, 2026.

2. Mr. Murphy has been struggling to maintain employment while on supervised release and cannot afford to turn down this employment opportunity.

3.      The defendant is not in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the initial appearance.

DATED February 24, 2026.

| RENE L. VALLADARES | TODD BLANCHE |
|---|---|
| Federal Public Defender | Deputy Attorney General of the United States |
| | |
| By */s/ Joanne L. Diamond* | By */s/ Jessica Oliva* |
| JOANNE L. DIAMOND | JESSICA OLIVA |
| Assistant Federal Public Defender | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

KYLE JOSEPH MURPHY,

        Defendant.

Case No. 2:24-cr-00247-GMN-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the Initial Appearance currently scheduled for February 25, 2026 at 2:30 p.m., be vacated and continued to __March 3, 2026__ at the hour of __2__ : __30__ p.m.; or to a time and date convenient to the court.

    DATED this 24th day of February, 2026.

                                     _____
                                   UNITED STATES MAGISTRATE JUDGE